## 44100. SMITH v. THE STATE.

FELTON, Chief Judge. The overruling of the motion for a new trial, by being neither specifically appealed from nor enumer-

ated as error, became the law of the case as to the errors therein included, which comprise the enumeration of errors on this appeal from the judgment on the verdict. *Tiller v. State*, 224 Ga. 645 (164 SE2d 137), and cit. Accordingly, the judgment on the verdict must be, and is,

*Affirmed. Pannell and Quillian, JJ., concur.*

SUBMITTED JANUARY 6, 1969—DECIDED JANUARY 14, 1969—REHEARING DENIED JANUARY 24, 1969—

*Kravitch & Hendrix, Aaron Kravitch,* for appellant.
*Andrew J. Ryan, Jr., Solicitor General, Andrew J. Ryan, III,* for appellee.